IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

William A White
  Petitioner

v.

Crystal Carter, Warden, FCI-
  Cumberland
  Respondent

Case No: 23-cv-1032

FILED ENTERED
LOGGED RECEIVED
NOV 6 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

MOTION TO ALTER OR AMEND JUDGMENT

Comes Now the Petitioner, William A White, and, I hereby Move this Court To Alter Or Amend Its Judgment of October 26, 2023, to reflect dismissal without prejudice. In support, I state as follows:

1) On October 26, 2023, this Court dismissed this action with prejudice in light of Jones v. Hendrix 143 SCt 1857 (2023).

2) The Fourth Circuit has made it clear that Jones deprives this Court of subject matter jurisdiction over this petition. See, eg, Clark v. Leu 2023 US App LEXIS 18590 (4th Cir 2023); Hall v. Hudgins 2023 US App LEXIS 17031 (4th Cir 2023); United States v. Wheeler 886 F3d 415 (4th Cir 2018) (28 USC §2255(e) defines subject matter jurisdiction). As this Court lacks subject

-1-

matter jurisdiction, it may not dismiss with prejudice. Clark citing Rice v. Rivera 617 F.3d 802 (4th Cir 2010), Ali v. Hogan 26 F.4th 587 (4th Cir 2022); S. Walk at Broadlands Homeowner's Ass'n, Inc. v. OpenBand at Broadlands, LLC 713 F.3d 175 (4th Cir 2013).

3) The Court's dismissal with prejudice is a void judgment. Jackson v. United States 245 Fed Appx 258 (4th Cir 2007). It remains a dismissal without prejudice whether or not I appeal it, as "[a] void judgment does not acquire validity merely by the passage of time". Jackson citing Jackson v. FIE Corp 302 F.3d 515 (5th Cir 2002) Foster v. Arletty 3 San 278 F.3d 409 (4th Cir 2002). But, if the Court isn't inclined to correct it, I probably will.

4) The Court's power to alter or amend judgment falls under Fed. R. Civ. P. 59(e). Its dismissal with prejudice falls clearly within the types of error appropriately corrected under Fed. R. Civ. P. 59(e).

Respectfully Submitted,

[signature]

William A White #13888-084
FCI-Cumberland
PO Box 1000
Cumberland, MD 21501

-2-

## CERTIFICATE OF SERVICE

I hereby certify that this Motion to Alter or Amend Judgment was mailed, 1ST Class Postage Prepaid, to the Clerk of the Court and the US Attorney's Office for the District of Maryland this 2nd day of November, 2023.

*[signature]*

William A White