# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WILLIAM A. WHITE** | * | |
| Petitioner, | * | |
| v. | * | Civ. No. 23-1032-PJM |
| **CRYSTAL CARTER** | * | |
| Respondent. | * | |

***

## ORDER

Having considered William A. White's Motion to Alter or Amend Judgment (ECF No. 25), and having reviewed recent decisions of the Fourth Circuit that make clear that dismissals under *Jones v. Hendrix*, 143 S. Ct. 1857 (2023), must be made without prejudice, it is this 8 day of November, 2023, by the United States District Court for the District of Maryland **ORDERED**:

1. White's Motion to Alter or Amend Judgment (ECF No. 25) is **GRANTED**;

2. The Court **AMENDS** its judgment as stated in its prior Order (ECF No. 24) to clarify that its dismissal of White's Petition (ECF No. 1) is made **WITHOUT PREJUDICE**; and

3. The Clerk is directed to **CLOSE** this case and to **SEND** a copy of this Order by mail to White.

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

1